### 21998. BATTLE v. THE STATE.

BROYLES, C. J. 1. The court did not err in refusing to give the requested charge, as it was sufficiently covered by the charge given.

2. The verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED FEBRUARY 17, 1932.

*G. Y. Harrell,* for plaintiff in error.
*Hollis Fort, solicitor-general,* contra.